**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | )  | |
|---|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH & STEPHEN BATES | ) ) ) ) | Misc. Case No. _____ |

**ORDER**

Upon consideration of the petition for an order directing disclosure of the impeachment referral report known as the "Road Map" that the Watergate grand jury transmitted to the House Judiciary Committee in 1974,

It is hereby this \_\_\_\_ day of _____, 2018,

ORDERED that the petition is GRANTED.

SO ORDERED.

_____
Honorable
United States District Judge for the
District of Columbia