**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | ) ) ) ) Misc. Action No. 1:18-mc-00125-RCL ) ) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Petitioners move for an order allowing admission of Stephanie Llanes to appear *pro hac vice* in the above entitled action. This motion is supported by the Declaration of Stephanie Llanes, filed herewith. As set forth in Ms. Llanes' declaration, she is admitted and an active member in good standing of the following courts and bars: U.S. District Court for the Southern District of New York and New York state courts. This motion is supported and signed by Laurence Schwartztol, an active and sponsoring member of the Bar of this Court.

Date: September 19, 2018          Respectfully submitted,

/s/ Laurence Schwartztol
LAURENCE SCHWARTZTOL (D.D.C. No. MA0007)
larry.schwartztol@protectdemocracy.org
Protect Democracy Project, Inc.
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Facsimile: (929) 777-8428

*Counsel for Petitioners*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | ) ) ) ) Misc. Action No. 1:18-mc-00125-RCL ) ) |

## DECLARATION OF STEPHANIE LLANES
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephanie Llanes, hereby declare:

1. My name, office address, telephone number and email address are as follows:

Stephanie Llanes
Protect Democracy Project, Inc.
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 599-0466
Email: stephanie.llanes@protectdemocracy.org

2. I have been admitted to the following courts and bars:

| Court/Bar | Bar/Reg. No. | Date Admitted |
|---|---|---|
| U.S. District Court, Southern District of New York | 1944 | 03/13/2018 |
| New York state courts | 5580014 | 01/18/2018 |

3. I certify that I have not been disciplined by any bar, and I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 19th day of September, 2018.

Dated: September 19, 2018

Respectfully submitted,

/s/ Stephanie Llanes
STEPHANIE LLANES
stephanie.llanes@protectdemocracy.org
**Protect Democracy Project, Inc.**
222 Broadway, 19th Floor
New York, NY 10038
Telephone: (202) 599-0466
Facsimile: (929) 777-8428

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | )<br>)<br>)<br>) Misc. Action No. 1:18-mc-00125-RCL<br>)<br>) |

**[PETITIONERS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY STEPHANIE LLANES *PRO HAC VICE***

The Court has reviewed the Petitioners' motion for admission of attorney Stephanie Llanes *pro hac vice*. Upon consideration of that motion, the Court grants attorney Stephanie Llanes *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                              Honorable Royce C. Lamberth
                                                              United States District Judge