**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | ) ) ) ) Misc. Action No. 1:18-mc-00125-RCL ) ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Petitioners move for an order allowing admission of Deana El-Mallawany to appear *pro hac vice* in the above entitled action. This motion is supported by the Declaration of Deana El-Mallawany, filed herewith. As set forth in Ms. El-Mallawany's declaration, she is admitted and an active member in good standing of the United States District Court for the District of Massachusetts and the Massachusetts state bar, and an inactive member in good standing of the state bar of New York. This motion is supported and signed by Laurence Schwartztol, an active and sponsoring member of the Bar of this Court.

Date: September 19, 2018            Respectfully submitted,

/s/ Laurence Schwartztol
LAURENCE SCHWARTZTOL (D.D.C. No. MA0007)
larry.schwartztol@protectdemocracy.org
Protect Democracy Project, Inc.
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Facsimile: (929) 777-8428

*Counsel for Petitioners*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | ) ) ) ) Misc. Action No. 1:18-mc-00125-RCL ) ) |

**DECLARATION OF DEANA EL-MALLAWANY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Deana El-Mallawany, hereby declare:

1. My name, office address, telephone number and email address are as follows:

Deana El-Mallawany
Protect Democracy Project, Inc.
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Email: deana.elmallawany@protectdemocracy.org

2. I have been admitted to the following courts and bars:

| **Court/Bar** | **Bar No.** | **Year Admitted** |
|---|---|---|
| U.S. District Court, Massachusetts | 674825 | 2010 |
| Massachusetts state courts | 674825 | 2009 |
| New York state courts | 4645115 | 2008 |

3. I certify that I have not been disciplined by any bar, and I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cambridge, Massachusetts, this 19th day of September, 2018.

Dated: September 19, 2018

        Respectfully submitted,

        /s/ Deana El-Mallawany
        DEANA EL-MALLAWANY
        deana.elmallawany@protectdemocracy.org
        **Protect Democracy Project, Inc.**
        10 Ware Street
        Cambridge, MA 02138
        Telephone: (202) 599-0466
        Facsimile: (929) 777-8428

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES | ) ) ) ) Misc. Action No. 1:18-mc-00125-RCL ) ) |

**[PETITIONERS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DEANA EL-MALLAWANY *PRO HAC VICE***

     The Court has reviewed the Petitioners' motion for admission of attorney Deana El-Mallawany *pro hac vice*. Upon consideration of that motion, the Court grants attorney Deana El-Mallawany *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                                         Honorable Royce C. Lamberth
                                                                        United States District Judge