Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: PETITION FOR ORDER DIRECTING RELEASE OF THE "ROAD MAP" TRANSMITTED BY THE WATERGATE GRAND JURY TO THE HOUSE JUDICIARY COMMITTEE IN 1974

Plaintiff

vs.

Miscellaneous No.   18-125   (BAH)

Category   O

Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  9/20/18  from  Judge Royce C. Lamberth

to  Judge Beryl A. Howell  by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Royce C. Lamberth   & Courtroom Deputy
      Judge Beryl A. Howell   & Courtroom Deputy
      Liaison, Calendar and Case Management Committee