THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PETITION OF<br>BENJAMIN WITTES, ET AL | Misc. No. 18-00125 (BAH) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant in the above-captioned matter.

Dated: September 24, 2018         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General


/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC. Bar No. 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave., NW
Washington, DC 20530
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*