# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE: PETITION OF<br>BENJAMIN WITTES, ET AL | )<br>)<br>)  Misc. No. 18-00125 (BAH)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

On September 14, 2018, petitioners filed a petition to unseal the first Watergate grand jury's report and recommendation, otherwise known as the "Roadmap." The case was initially assigned to Judge Lamberth, as related to a petition seeking the same documents. *See Petition for Order Directing Release of Transcripts of Testimony of Testimony Before Watergate Grand Juries*, Misc. Action 11-44. Both cases were subsequently transferred to this Court, and on September 20, 2018, this Court directed the government to file a response by October 10, 2018.

Undersigned counsel hereby requests an additional two weeks in which to respond. The Federal Programs Branch of the Department of Justice recently moved offices, and the last week of September was entirely consumed by packing offices, a substantial task after more than a decade. Although the move has now occurred, boxes have yet to be unpacked. In addition, undersigned counsel will be traveling to Nashville on October. 9-10, and to Denver on October 18-19, for Department business. Accordingly, counsel requests an additional two weeks – until October 24, 2018 – in which to respond to the petition. Counsel reached out to counsel for petitioners to seek their position on this request, but had not heard back by the time counsel needed to file.

|   |   |
|---|---|
| Dated:  October 9, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br><br>/s/ *Elizabeth J. Shapiro*<br>ELIZABETH J. SHAPIRO |

(DC. Bar No. 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street., NW
Washington, DC 20530
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: PETITION OF<br>BENJAMIN WITTES, ET AL | )<br>)<br>)<br>)<br>)<br>) | Misc. No. 18-00125 (BAH) |

## [PROPOSED] ORDER

Upon consideration of the government's motion for an extension of time, it hereby

OREDERED that the motion should be, and hereby is, GRANTED. The government's response to the petition will be due October 24, 2018.

_____          _____
Dated                                                   Chief United States District Judge