IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES ET AL. | ) ) ) Misc. No. 18-00125 (BAH) ) ) ) |

**PETITIONERS' OPPOSITION TO**
**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Petitioners oppose the government's motion for a two-week extension of its deadline to file a response the petition to unseal the first Watergate grand jury's impeachment referral report, known as the "Road Map." *See* ECF No. 7. The government sent an email seeking Petitioners' consent to this extension at 11:51 a.m. today and thirty-three minutes later – before counsel could respond or confer with Petitioners – the government filed its motion with the Court.[1] *See* Ex. A. If given a meaningful opportunity to respond, Petitioners would have consented to an extension until Friday, October 12, 2018, to accommodate travel schedules.

Petitioners submit that an extension of two weeks is unreasonable here for several reasons. First, Petitioners' request to unseal the Road Map is predicated on that document's extraordinary significance in a matter of urgent public concern: the legal and institutional considerations surrounding Special Counsel Mueller's investigation. Mem. of Points and Authorities in Supp. of Pet. (ECF No. 1-1), at 8-10, 18-20; Decl. of Jack Goldsmith (ECF No. 1-

---

[1] The government stated in its motion that it had "reached out to counsel for petitioners to seek their position on this request, but had not heard back by the time counsel needed to file." Giving opposing counsel half an hour to respond to an email does not constitute "a good-faith effort to determine whether there is any opposition to the relief sought," as required by Local Rule 7(m).

5), ¶¶ 25-30; Decl. of Benjamin Wittes (ECF No. 1-7), ¶¶ 19-23; Decl. of Stephen Bates (ECF No. 1-2), ¶¶ 24-27.  As explained in their petition and supporting documents, Petitioners seek access to the Road Map because of its unique potential to inform the public debate regarding that investigation.  A prompt adjudication of Petitioners' request is therefore appropriate, and an additional two weeks of delay may undermine Petitioners' ability to obtain meaningful relief.

Second, the government has already, and very recently, briefed related legal and factual issues.  To the extent it plans to contest this Court's authority to release the Road Map, it has briefed the relevant legal issues numerous times in the district court and more recently in the D.C. Circuit.  *McKeever v. Sessions*, No. 17-5149 (D.C. Cir. filed June 26, 2017) (Doc. #1734234 filed June 4, 2018); *In re Application to Unseal Dockets Related to Independent Counsel's 1998 Investigation of President Clinton*, 308 F. Supp. 3d 314 (D.D.C. 2018); *In re Petition of Stanley Kutler*, 800 F. Supp. 2d 42 (D.D.C. 2011).  In fact, the government has already responded to the petition to unseal the Road Map in a related case, even taking the step of transmitting the Road Map from the National Archives to the Court for *in camera* review.  *See In re Petition of Geoffrey Shepard*, 1:11-mc-44-RCL (ECF No. 20).  The incremental work required to respond to the petition in this case does not warrant an additional two weeks.

Third, the Court initially gave the government a reasonable amount of time to respond to the petition, and the government, undoubtedly with advance notice of its office move, chose to wait until the day before the deadline to seek additional time.

For these reasons, Petitioners submit that the government's request for a two-week extension is unreasonable. Petitioners do not oppose an extension until the end of this week.

Dated: October 9, 2018	Respectfully submitted,

/s/ *Laurence Schwartztol*
LAURENCE SCHWARTZTOL (D.D.C. No. MA0007)
larry.schwartztol@protectdemocracy.org
JUSTIN FLORENCE (D.C. Bar No. 988953)
justin.florence@protectdemocracy.org
DEANA EL-MALLAWANY (*pro hac vice*)
deana.el-mallawany@protectdemocracy.org
**The Protect Democracy Project, Inc.**
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Fax: (929) 777-8428

STEPHANIE LLANES (*pro hac vice*)
stephanie.llanes@protectdemocracy.org
**The Protect Democracy Project, Inc.**
222 Broadway, 19th Floor
New York NY 10038
Telephone: (202) 599-0466
Fax: (929) 777-8428

CAMERON KISTLER (D.D.C. No. 1008922)
cameron.kistler@protectdemocracy.org
**The Protect Democracy Project, Inc.**
2020 Pennsylvania Avenue NW, #163
Washington, D.C. 20006
Telephone: (202) 599-0466
Fax: (929) 777-8428

*Attorneys for Petitioners*

# EXHIBIT A



Larry Schwartztol <larry.schwartztol@protectdemocracy.org>

## Activity in Case 1:18-mc-00125-BAH WITTES et al Order

**Shapiro, Elizabeth (CIV)** <Elizabeth.Shapiro@usdoj.gov>  Tue, Oct 9, 2018 at 11:51 AM
To: Larry Schwartztol <larry.schwartztol@protectdemocracy.org>

Larry,

I need to move for an extension of time to respond to the Wittes petition. I have to leave town today and won't be back until late tomorrow night. I am also out of town part of next week. Would you consent to a two-week extension of time?

Thanks very much –

Elizabeth


**From:** Larry Schwartztol [mailto:larry.schwartztol@protectdemocracy.org]
**Sent:** Saturday, September 22, 2018 4:02 PM
**To:** Shapiro, Elizabeth (CIV) <EShapiro@CIV.USDOJ.GOV>
**Cc:** Stephanie Llanes <stephanie.llanes@protectdemocracy.org>; Deana El-Mallawany <deana.elmallawany@protectdemocracy.org>; Cameron Bills <cameron.bills@protectdemocracy.org>
**Subject:** Fwd: Activity in Case 1:18-mc-00125-BAH WITTES et al Order


Elizabeth,


I'm an attorney at Protect Democracy, and I represent the petitioners in *In re Petition of Wittes et al.*, 1:18-mc-00125 (D.D.C.), which was filed in federal district court in DC on September 14. As you can see on the Minute Order below, Chief Judge Howell has directed the Justice Department to file a response by October 10. Since DOJ has not yet appeared and may not be receiving ECF bounces, we wanted to ensure that your office is aware of the order. My colleague Ben Berwick suggested that you are likely the appropriate point of contact; if I should direct this to someone else at DOJ, I'd be grateful for your suggestion.


Many thanks.


Best,


Larry Schwartztol



---------- Forwarded message ---------
From: <DCD_ECFNotice@dcd.uscourts.gov>
Date: Thu, Sep 20, 2018 at 5:56 PM
Subject: Activity in Case 1:18-mc-00125-BAH WITTES et al Order
To: <DCD_ECFNotice@dcd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 9/20/2018 at 5:55 PM and filed on 9/20/2018

| | |
|---|---|
| **Case Name:** | WITTES et al |
| **Case Number:** | 1:18-mc-00125-BAH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER (paperless) DIRECTING, upon consideration of the petitioners' [1] Petition for Order Directing Release of the "Road Map" Transmitted by the Watergate Grand Jury to the House Judiciary Committee in 1974, the U.S. Department of Justice to file, by October 10, 2018, a response to the petition. Signed by Chief Judge Beryl A. Howell on September 20, 2018. (lcbah4)**

**1:18-mc-00125-BAH Notice has been electronically mailed to:**

Laurence M. Schwartztol     larry.schwartztol@protectdemocracy.org, sonya.petri@protectdemocracy.org

Cameron Oatman Kistler     cameron.kistler@protectdemocracy.org

**1:18-mc-00125-BAH Notice will be delivered by other means to::**