**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES ET AL. ) ) ) ) ) ) | Misc. No. 18-00125 (BAH) |

**UNOPPOSED MOTION FOR SCHEDULING ORDER**

Petitioners hereby move for entry of the proposed scheduling order setting a timeline for the National Archives and Records Administration ("NARA") to make public a redacted copy of the Watergate grand jury's report and recommendation to the U.S. House of Representatives (the "Road Map"). As grounds for this motion, Petitioners state as follows:

1. On September 14, 2018, Benjamin Wittes, Jack Goldsmith, and Stephen Bates filed a petition to unseal the Road Map. This action was originally assigned to Judge Lamberth, before whom an earlier petition to unseal the Road Map, *In re: Petition for Order Directing Release of Transcripts of Testimony Before Watergate Grand Juries*, No. 11-mc-44 (hereinafter referred to as "*Shepard*"), was pending. On September 20, 2018, both cases were reassigned to Chief Judge Howell.

2. On October 11, 2018, the Court entered an order in the *Shepard* matter that, in part, required NARA to promptly begin the process of reviewing and releasing the Watergate Road Map comprising 53 statements, as well as the two-page cover report and 81 accompanying documents, that NARA has identified as included in the House Judiciary Committee Report or otherwise publicly available.

3. On October 17, 2018, the Court entered an order requiring the Department of Justice to notify the Court when NARA has complied with the part of the Court's October 11, 2018 order requiring the public release of portions of the Road Map.

4. The *Shepard* orders did not set a specific date for NARA's release of a redacted version of the Road Map.

5. Petitioners' motion arises from the urgency of ensuring that the Road Map is released in time to inform an ongoing public debate surrounding the outcome of Special Counsel Mueller's investigation.

6. Pursuant to Local Rule 7(m), Petitioners conferred in good faith with the Department of Justice about the relief sought in this motion. After negotiating the language of the attached proposed order, the Department of Justice took the position that it did not oppose this motion.

Respectfully submitted,

Dated: October 17, 2018

/s/ Laurence M. Schwartztol
LAURENCE M. SCHWARTZTOL
(D.D.C. No. MA0007)
Larry.Schwartztol@protectdemocracy.org
DEANA EL-MALLAWANY (*pro hac vice*)
deana.el-mallawany@protectdemocracy.org
**The Protect Democracy Project, Inc.**
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Fax: (929) 777-8428

STEPHANIE LLANES (*pro hac vice*)
stephanie.llanes@protectdemocracy.org
**The Protect Democracy Project, Inc.**
222 Broadway, 19th Floor
New York NY 10038
Telephone: (202) 599-0466
Fax: (929) 777-8428

-3-

        CAMERON KISTLER (D.C. Bar No. 1008922)
        cameron.kistler@protectdemocracy.org
        JUSTIN FLORENCE (D.C. Bar No. 988953)
        justin.florence@protectdemocracy.org
        **The Protect Democracy Project, Inc.**
        2020 Pennsylvania Avenue NW, #163
        Washington, D.C. 20006
        Telephone: (202) 599-0466
        Fax: (929) 777-8428

        *Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: PETITION OF BENJAMIN WITTES ET AL. | Misc. No. 18-00125 (BAH) |

**[PROPOSED] ORDER**

Pending before the Court is a petition to unseal the Watergate grand jury's report and recommendation transmitted to the United States House of Representatives in 1974 (the "Road Map").  Upon consideration of Petitioners' Unopposed Motion for Scheduling Order, it is hereby

1. **ORDERED** that the National Archives and Records Administration ("NARA") shall, by November 2, 2018, employ its best efforts to make public a redacted copy of the Road Map;

2. **ORDERED** that if NARA determines that, despite its best efforts, it is unable to release the redacted Road Map by November 2, 2018, the Department of Justice shall file a report with the Court no later than October 31, seeking to modify the date and explaining its basis for doing so;

SO ORDERED.

Dated:_____         _____
                                    The Honorable Beryl A. Howell
                                    Chief United States District Judge