# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PETITION FOR ORDER DIRECTING RELEASE OF THE "ROAD MAP" TRANSMITTED BY THE WATERGATE GRAND JURY TO THE HOUSE JUDICIARY COMMITTEE IN 1974 | Misc. Action No. 18-125 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Pending before the Court is a petition to unseal the Watergate grand jury's report and recommendation transmitted to the United States House of Representatives in 1974 (the "Road Map"). Upon consideration of the petitioners' Unopposed Motion for Scheduling Order, ECF No. 10, it is hereby

**ORDERED** that the National Archives and Records Administration ("NARA") shall, by November 2, 2018, employ its best efforts to make public a redacted copy of the Road Map; and it is further

**ORDERED** that if NARA determines that, despite its best efforts, it is unable to release the redacted Road Map by November 2, 2018, the Department of Justice shall file a report with the Court no later than October 31, 2018, seeking to modify the date and explaining its basis for doing so.

**SO ORDERED.**

Date: October 18, 2018

_____
BERYL A. HOWELL
Chief Judge