# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: PETITION OF ) | | |
| BENJAMIN WITTES, ET AL ) | Misc. No. 18-00125 (BAH) | |

## NOTICE OF COMPLIANCE

In accordance with parties' agreement, and this Court's minute order of October 18, 2018, memorializing that agreement, the government hereby notifies the Court and petitioner that, on this day, the redacted Road Map was posted to a public webpage, and can be found at https://www.archives.gov/research/investigations/watergate.  During the course of its archival review, NARA was able to match some additional information to that in the public domain, and has, accordingly, opened that additional information to the public.

Dated:  October 31, 2018                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General


/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov