**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| IN RE: PETITION OF BENJAMIN WITTES ET AL. | ) ) ) ) ) ) ) | Misc. No. 18-00125 (BAH) |

## STIPULATION OF DISMISSAL

Petitioners and the Department of Justice hereby stipulate to dismissal of the Petition, without prejudice, as to the portions of the Watergate "Roadmap" that remain redacted in the version that was released to the public on October 31, 2018. As a result, no further adjudication of this matter is required.

Dated: April 15, 2019                                    Respectfully submitted,

PETITIONERS BENJAMIN WITTES, JACK GOLDSMITH, and STEPHEN BATES

/s/ *Laurence Schwartztol*
LAURENCE SCHWARTZTOL
(D.D.C. No. MA0007)
larry.schwartztol@protectdemocracy.org
DEANA K. EL-MALLAWANY (*pro hac vice*)
deana.el-mallawany@protectdemocracy.org
The Protect Democracy Project, Inc.
10 Ware Street
Cambridge, MA 02138
Telephone: (202) 599-0466
Fax: (929) 777-8428

*Attorneys for Petitioners*

JOSEPH H. HUNT
Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov